IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED

16 NOV -2 PM 1:43

SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

**United States of America,**

Plaintiff,

-vs-

**Sherri Morris,**

Defendant.

Case No. 3:15-cr-32

Magistrate Judge Ovington

# ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Theft of Government Property, in violation of Title 18 of the United States Code, Section 641 made in Count 1 is hereby AMENDED under the Assimilative Crimes Act, Title 18 of the United States Code, Sections 7 and 13 to charge Unauthorized Use of Property, in violation of the Ohio Revised Code, Section 2913.04 (A).

IT IS SO ORDERED.

Date: 11/2/16

_____
United States Magistrate Judge

_____
Assistant United States Attorney